RECEIVED

SEP 21 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| v. | : | Mag. No. 22-3047 (TJB) |
| MANUEL RAMOS-HERNANDEZ, a/k/a "Jesus Ramos-Morales," a/k/a "Porquito" | : | |

I, Ellen Chao, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Ellen Chao
Ellen Chao
Deportation Officer
U.S. Department of Homeland
  Security
Immigration and Customs
  Enforcement

Subscribed and sworn to before me by telephone.

September 21, 2022                      at      Trenton, New Jersey
Date                                                    City, State

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer              Signature of Judicial Officer

## ATTACHMENT A

On or about September 9, 2022, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

> MANUEL RAMOS-HERNANDEZ,
> a/k/a "Jesus Ramos-Morales,"
> a/k/a "Porquito,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of an aggravated felony, and thereafter, without the express consent of the Secretary of Homeland Security of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

ATTACHMENT B

I, Ellen Chao, am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. The defendant, MANUEL RAMOS-HERNANDEZ, a/k/a "Jesus Ramos-Morales," a/k/a "Porquito" ("RAMOS-HERNANDEZ"), is a native and citizen of Mexico, and is not a citizen of the United States.

2. On or about April 2, 2015, RAMOS-HERNANDEZ pleaded guilty in the United States District Court for the District of New Jersey to one count of aiding and abetting the harboring of aliens for the purpose of private financial gain, contrary to 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i), in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(II). This conviction constitutes an aggravated felony as defined in 8 U.S.C. § 1101(a)(43).

3. Thereafter, on or about February 3, 2016, an immigration judge ordered RAMOS-HERNANDEZ removed from the United States to Mexico. On or about February 10, 2016, RAMOS-HERNANDEZ was removed from the United States to Mexico while the order of removal was outstanding.

4. Thereafter, RAMOS-HERNANDEZ re-entered the United States on an unknown date at an unknown location.

5. On or about March 18, 2022, RAMOS-HERNANDEZ was arrested in or around Lakewood Township, New Jersey, in the District of New Jersey for possession of a controlled dangerous substance, in violation of N.J.S.A. § 2C:35-10A. That charge remains pending.

6. On or about September 9, 2022, RAMOS-HERNANDEZ was arrested in or around Lakewood Township, New Jersey, in the District of New Jersey, for possession of a controlled dangerous substance, in violation of N.J.S.A. § 2C:35-10A, and the unlawful possession of a weapon, namely, a machete, in violation of N.J.S.A. § 2C:39-5D. Those charges remain pending.

7. A fingerprint analysis revealed that RAMOS-HERNANDEZ is the same individual who was convicted of the offense set forth in paragraph 2, above, and who was removed from the United States to Mexico, as set forth in paragraph 3, above.

8. The Secretary of Homeland Security of the United States did not expressly consent to RAMOS-HERNANDEZ reapplying for admission to the

United States prior to his reembarkation at a place outside the United States, or to his reentry into the United States.